IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESHAUN STATEN,

    Plaintiff,

v.

                                            Case No. 20-cv-228-wmc

BRIAN GUSKE, SUSAN NOVAK,
OLSON, LUCAS WEBER, K. WENDT,
JULIA PERSIKE, KELSEY D. STANGE,
C. SCHELLINGER, KARLA SOUCEK,
LINDSEY WALKER, L. BUCHANAN,
TERRY and TERESA GAIER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |